IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RODNEY A. BALLARD,** | ) | CASE NO. 4:07CV3122 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| **DAVID HEINEMAN, Governor, individually and in his official capacity, JON BRUNING, Attorney General, individually and in his official capacity, JEFFREY MEYER, Lincoln County Attorney, individually and in his official capacity, and TROOPER NO. 371, individually and in his official capacity,** | ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's motion for an enlargement of time to respond to Defendant Jeffrey Meyer's motion to dismiss. Meyer does not opposed the motion. Accordingly,

IT IS ORDERED:

The Plaintiff's motion for an enlargement of time to respond to Defendant Jeffrey Meyer's motion to dismiss (Filing No. 12) is granted. The Plaintiff shall file his response to Defendant Jeffrey Meyer's motion to dismiss on or before July 2, 2007.

DATED this 30th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge