IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RODNEY A. BALLARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **ATTORNEY GENERAL JON BRUNING,** ) | |
| **individually and in his official capacity,** ) | **4:07CV3122** |
| **GOVERNOR DAVID HEINEMAN,** ) | |
| **individually and in his official capacity,** ) | **ORDER** |
| **LINCOLN COUNTY ATTORNEY** ) | |
| **JEFFREY MEYER, Individually and in his** ) | |
| **official capacity, and TROOPER No. 371,** ) | |
| **individually and in his official capacity,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the motion [15] of defendants Bruning, Heineman, and Trooper No. 371 to stay the progression of this case pending the district court's ruling on their Motion to Dismiss [17]. As a ground for dismissal, the movants contend they have sovereign and eleventh amendment immunity with respect to the plaintiff's "official capacity" claims. I note that defendant Jeffrey Meyer has also filed a motion to dismiss [9], raising issues of absolute prosecutorial immunity and qualified immunity.

Unless the complaint states a claim of violation of clearly established law, a defendant pleading qualified immunity is entitled to dismissal before the commencement of discovery. *See Mitchell v. Forsyth*, 472 U.S. 511 (1985). Upon review of the file, I find that the motion should be granted, without prejudice to plaintiff filing, if necessary, a motion for leave to conduct limited discovery on the issue of qualified immunity.

**IT IS SO ORDERED.**

**DATED July 2, 2007.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge