IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RODNEY A. BALLARD,** | ) | **CASE NO. 4:07CV3122** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **ORDER DISMISSING** |
| | ) | **DEFENDANT JEFFREY MEYER** |
| **DAVID HEINEMAN, Governor,** | ) | **WITHOUT PREJUDICE** |
| **individually and in his official** | ) | |
| **capacity, JON BRUNING, Attorney** | ) | |
| **General, individually and in his** | ) | |
| **official capacity, JEFFREY MEYER,** | ) | |
| **Lincoln County Attorney, individually** | ) | |
| **and in his official capacity, and** | ) | |
| **TROOPER NO. 371, individually and** | ) | |
| **in his official capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on a Motion to Dismiss Defendant Jeffrey Meyer filed by Plaintiff Rodney Ballard. The Court has considered the motion and finds that it satisfies the requirements of Fed. R. Civ. P. 41(a)(1). Accordingly,

IT IS ORDERED:

1. The Plaintiff's motion to dismiss all claims in this action against the Defendant Jeffrey Meyer (Filing No. 33) is granted;

2. The Amended Complaint and all claims are dismissed without prejudice as to Defendant Jeffrey Meyer only;

3. Unless otherwise agreed by and between them, the Plaintiff and Defendant Jeffrey Meyer shall pay their own costs and attorney fees; and

4. The remaining defendants shall respond to the Amended Complaint on or before Thursday, July 26, 2007.

DATED this 19th day of July, 2007.

                                  BY THE COURT:

                                  s/Laurie Smith Camp
                                  United States District Judge