**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **RODNEY A. BALLARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **4:07CV3122** |
| **ATTORNEY GENERAL JON BRUNING,** ) | |
| **individually, GOVERNOR DAVID** ) | **ORDER** |
| **HEINEMAN, individually, and TROOPER** ) | |
| **No. 371, individually,** ) | |
| ) | |
| **Defendants.** ) | |

Upon review of Judge Smith Camp's order on summary judgment directing defendants Bruning, Heineman and Trooper No. 371 to respond to the remaining claims by September 14, 2007,

**IT IS ORDERED** that counsel for the remaining parties shall confer pursuant to Fed. R. Civ. P. 26(f) and file the report of their planning conference no later than October 1, 2007.

**DATED August 27, 2007.**

                                                   **BY THE COURT:**

                                                 **s/ F.A. Gossett
                                                 United States Magistrate Judge**

\