IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RODNEY A. BALLARD,** | ) | CASE NO. 4:07CV3122 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **DAVID HEINEMAN, Governor, Individually, JON BRUNING, Attorney General, Individually, and TROOPER NO. 371, Individually,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Motion to Proceed on Appeal In Forma Pauperis (Filing No. 79). The Motion is supported by an Affidavit of the Plaintiff (Filing No. 79-2).

Pursuant to Fed. R. App. P. 24, this Court grants the Plaintiff's Motion and authorizes him to proceed on appeal without prepaying or giving security for fees and costs.

IT IS ORDERED:

1. The Plaintiff Rodney A. Ballard's Motion to Proceed on Appeal In Forma Pauperis (Filing No. 79) is granted; and

2. The Plaintiff, Rodney A. Ballard, may proceed on appeal without prepaying or giving security for fees and costs.

DATED this 3rd day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge